B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Meadowcraft, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>63-0891252 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>151 Narrows Parkway, Suite D<br>Birmingham, Alabama 35242<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Jefferson County<br>ZIP CODE 35242 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Selma, Alabama; Wadley, Alabama

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[ ] Chapter 7     [✓] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>[✓] Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>[✓] Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>[✓] Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [✓] Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. [✓] Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. [✓] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. [✓] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2       Name of Debtor  Meadowcraft, Inc.

Case No.

**TRANSFER OF CLAIM**
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
Wells Fargo Bank N.A.
Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative      119 West 40th Street
Capacity                       New York, NY 10018

x_____
Signature of Attorney                           Date

Name of Attorney Firm (If any)

Address

Telephone No.

x_[signed CHRISTOPH ... / JOHN A. VALISKA]_
Signature of Petitioner or Representative (State title)
RZB Finance LLC  CHRISTOPH ... / JOHN A. VALISKA
                 First Vice President — First Vice President
Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative      24 Grassy Plain Street
Capacity                       Bethel, CT 06801

x_[signed]_  3/24/09
Signature of Attorney                           Date
Greenberg Traurig, LLP
Name of Attorney Firm (If any)
1007 N. Orange St., Ste 1200
Address
Wilmington, DE 19801
Telephone No.
302-661-7000

x_____
Signature of Petitioner or Representative (State title)
Burdale Financial Limited
Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative      53 Queen Anne Street
Capacity                       London W1G 9HP
                               United Kingdom

x_____
Signature of Attorney                           Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wells Fargo Bank, N.A., 119 West 40th St., New York, NY 10018 | Money loaned | See attached |
| RZB Finance LLC, 24 Grassy Plain St., Bethel, CT 06801 | Nature of Claim | See attached |
| Burdale Financial Limited, 53 Queen Anne St., London W1G 9HP U.K. | Nature of Claim | See attached |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  Meadowcraft, Inc.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Robert J. Strauss_, Senior Vice President<br>Signature of Petitioner or Representative (State title)<br>Wells Fargo Bank N.A.   3/19/09<br>Name of Petitioner            Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity  [ 119 West 40th St, New York, NY 10018 ] | x _[signature]_   3/20/09<br>Signature of Attorney           Date<br>Greenberg Traurig, LLP<br>Name of Attorney Firm (If any)<br>1007 N. Orange St., Ste 1200<br>Address<br>Wilmington, DE 19801<br>Telephone No.<br>302-661-7000 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>RZB Finance LLC<br>Name of Petitioner            Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity  [          ] | x_____<br>Signature of Attorney           Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Burdale Financial Limited<br>Name of Petitioner            Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity  [          ] | x_____<br>Signature of Attorney           Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wells Fargo Bank, N.A., 119 West 40th St., New York, NY 10018 | Money loaned | See attached |
| RZB Finance LLC, 24 Grassy Plain St., Bethel, CT 06801 | Nature of Claim | Amount of Claim<br>See attached |
| Burdale Financial Limited, 53 Queen Anne St., London W1G 9HP U.K. | Nature of Claim | Amount of Claim<br>See attached |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2      Name of Debtor  Meadowcraft, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ Senior Vice President  
Signature of Petitioner or Representative (State title)  
**Wells Fargo Bank N.A.**     3/19/09  
Name of Petitioner    Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity: [ 119 West 40th St, New York, NY 10018 ]

x _____  
Signature of Attorney    Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

---

x _____  
Signature of Petitioner or Representative (State title)  
**RZB Finance LLC**  
Name of Petitioner    Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity: [ ]

x _____  
Signature of Attorney    Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

---

x _Phillip R. Webb_ Duly Authorized Signatory  
Signature of Petitioner or Representative (State title)  
**Burdale Financial Limited**    March 19, 2009  
Name of Petitioner    Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity: [ Phillip R. Webb ]  
IN CARE OF: Burdale Capital Finance Inc  
300 First Stamford Place, Stamford CT 06902

x _[signature]_ 3/20/09  
Signature of Attorney    Date  
**Greenberg Traurig, LLP**  
Name of Attorney Firm (If any)  
1007 N. Orange St., Ste 1200  
Address  
Wilmington, DE 19801  
Telephone No. 302-661-7000

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wells Fargo Bank, N.A., 119 West 40th St., New York, NY 10018 | Money loaned | See attached |
| RZB Finance LLC, 24 Grassy Plain St., Bethel, CT 06801 | Nature of Claim | See attached |
| Burdale Financial Limited, 53 Queen Anne St., London W1G 9HP U.K. | Loans & Advances | See attached |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached.

# ATTACHMENT TO
## INVOLUNTARY PETITION FILED BY WELLS FARGO, N.A. AGAINST <u>MEADOWCRAFT, INC.</u>

Debtor is indebted to Petitioner for not less than $ 63,651,952.89

Petitioner herein is the holder of a claim against the debtor that is not contingent as to liability or the subject of a bona fide dispute as to liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred under that certain Credit and Security Agreement dated August 28, 2007, among Meadowcraft, Inc. as borrower, Burdale Financial Limited as a lender with Burdale Capital Finance, Inc., as its advisor and as co-underwriter, the Lenders from time to time party thereto, Webster Business Credit Corporation, as lender and administrative agent for the lenders (as amended modified and restated from time to time).

Petitioner does not waive any other rights, interests, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

# ATTACHMENT TO
# INVOLUNTARY PETITION FILED BY RZB FINANCE LIMITED AGAINST
# MEADOWCRAFT, INC.

Debtor is indebted to Petitioner for not less than $ 63,651,952.89

Petitioner herein is the holder of a claim against the debtor that is not contingent as to liability or the subject of a bona fide dispute as to liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred under that certain Credit and Security Agreement dated August 28, 2007, among Meadowcraft, Inc. as borrower, Burdale Financial Limited as a lender with Burdale Capital Finance, Inc., as its advisor and as co-underwriter, the Lenders from time to time party thereto, Webster Business Credit Corporation, as lender and administrative agent for the lenders (as amended modified and restated from time to time).

Petitioner does not waive any other rights, interests, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable)

## ATTACHMENT TO
## INVOLUNTARY PETITION FILED BY BURDALE FINANCIAL LIMITED
## AGAINST MEADOWCRAFT, INC.

Debtor is indebted to Petitioner for not less than $ 63,651,952.89

Petitioner herein is the holder of a claim against the debtor that is not contingent as to liability or the subject of a bona fide dispute as to liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred under that certain Credit and Security Agreement dated August 28, 2007, among Meadowcraft, Inc. as borrower, Burdale Financial Limited as a lender with Burdale Capital Finance, Inc., as its advisor and as co-underwriter, the Lenders from time to time party thereto, Webster Business Credit Corporation, as lender and administrative agent for the lenders (as amended modified and restated from time to time).

Petitioner does not waive any other rights, interests, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable)