# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **MEADOWCRAFT, INC.,** | ) | Case No. 09-10988 (BLS) |
| | ) | |
| Debtor. | ) | |

## CONSENT OF ALLEGED DEBTOR
## MEADOWCRAFT, INC.TO ENTRY OF ORDER FOR RELIEF

Meadowcraft, Inc. ("Meadowcraft" or "Debtor"), by and through its undersigned counsel, hereby consents to the entry of an order for relief and in support thereof represents as follows:

### BACKGROUND

1. On March 20, 2009, (the "Petition Date") an involuntary petition (the "Involuntary Petition") pursuant to 11 U.S.C. §303, was filed against Meadowcraft by petitioning creditors Wells Fargo Bank, NA, RZB Finance LLC and Burdale Financial Limited (the "Petitioning Creditors") seeking entry of an order for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

### CONSENT TO ORDER FOR RELIEF

2. Subsequent to the filing of the Involuntary Petition, the Board of Directors of Meadowcraft has determined that it does not wish to further contest the Involuntary Petition.

3. Accordingly, Meadowcraft hereby consents to the entry of an order for relief in this Chapter 11 proceeding as a debtor-in-possession and consents to the jurisdiction of this Court.

4. A resolution of the Board of Directors of Meadowcraft authorizing consent to the entry of an order for relief is attached hereto as Exhibit "A". The List of Creditors Holding 20 Largest Unsecured Claims is attached hereto as Exhibit "B".

## THE ORDER FOR RELIEF SHOULD NOT BE ENTERED
## UNTIL A FIRST DAY HEARING CAN BE HELD

5. Simultaneously herewith, Meadowcraft is filing several "first day" motions which request relief typically sought at the inception of a bankruptcy case. Meadowcraft requests that an order for relief not be entered in this case until the date on which the first day motions can be heard.

**WHEREFORE,** Meadowcraft requests that an order for relief be entered under Chapter 11 of the Bankruptcy Code and that Meadowcraft be authorized to continue to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107 and 1008 of the Bankruptcy Code.

| | |
|---|---|
| Dated: March 27, 2009 | **DRINKER BIDDLE & REATH LLP** |
| | /s/ Howard A. Cohen |
| | Howard A. Cohen (DE 4082) |
| | 1100 N. Market Street, Suite 1000 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 467-4200 |
| | Facsimile: (302) 467-4201 |
| | - and - |
| | Robert K. Malone (RM 1098) |
| | 500 Campus Drive |
| | Florham Park, NJ 07932-1047 |
| | Telephone: (973) 360-1100 |
| | Facsimile: (973) 360-9831 |
| | *Proposed Counsel for Debtor and Debtor in Possession* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **MEADOWCRAFT, INC.,** | ) | Case No. 09-10988 (BLS) |
| | ) | |
| Debtor. | ) | |

## ORDER FOR RELIEF IN CHAPTER 11 PROCEEDING

**AND NOW,** this _____ day of March, 2009, upon consideration of the Involuntary Petition filed by the Petitioning Creditors in this matter, the Consent of the Alleged Debtor to Entry of Order for Relief, it is hereby **ORDERED** and **DECREED** as follows:

1. An order for relief is hereby entered with respect to Chapter 11 debtor Meadowcraft, Inc.

2. Meadowcraft be and hereby is authorized to continue to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107 and 1008 of the Bankruptcy Code.

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE