# Exhibit A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MEADOWCRAFT, INC., ) | Case No. 09-10988 (BLS) |
| ) | |
| Debtor. ) | |
| ) | |

**AFFIDAVIT OF LUIS CANO**

STATE OF New York )
) SS:
COUNTY OF Westchester )

Luis Cano, being duly sworn, deposes and states as follows:

1. I am the Co-Managing member of Maco, Inc. I provide this Affidavit in support of the Motion of Maco, Inc. ("Maco") for Allowance of its Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9).

2. The facts set forth in this Affidavit are based upon my personal knowledge, upon information and belief, and upon my review of the books and records of Maco which are kept in the ordinary course of business.

3. I have received notice that on March 20, 2009 (the "Petition Date"), an involuntary petition, pursuant to 11 U.S.C. § 303, was filed against Meadowcraft, Inc. (the "Debtor") seeking entry of an order for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. In the 20 days preceding the Petition Date, Maco sold and delivered to the Debtor fabric with a value of $158,715.30 (the "Goods"). The Goods were received by the Debtor in the 20 days preceding the Petition Date in ordinary course of the Debtor's business. To date, the

Debtor has failed to pay Maco for the Goods. A summary of the value of the Goods delivered to and received by the Debtor in the 20 days preceding the Petition Date is attached hereto.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 6-12-09

*[signature]*
Luis Cano
Co-Managing Member
Maco, Inc.

Sworn to and subscribed before me, the undersigned authority on this 12 day of June, 2009, by Luis Cano who is personally known to me.

*[signature]*
Notary Public
My commission expires: 2-21-11

SHIRLEY CORSETTI
Notary Public, State of New York
No. 01CO4947282
Qualified in Westchester County
Commission Expires Feb. 21, 2011