# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MEADOWCRAFT, INC., ) | Case No. 09-10988 (BLS) |
| Debtor. ) | Re: D.I. Nos. 169, 202 |
| ) | |

## ORDER APPROVING MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9)

Upon the Motion of Maco, Inc. ("Maco") for Allowance of its Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 169], (the "Motion") and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due, adequate and sufficient notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is granted as set forth herein; and it is further

ORDERED, that Maco shall be allowed an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $158,715.30 (the "Allowed 20-Day Claim"); and it is further

ORDERED, that payment of such Allowed 20-Day Claim shall only be made in accordance with the terms of any plan confirmed in the Debtor's chapter 11 case or by a chapter 7 trustee, in the trustee's discretion upon consultation with the Lenders, if the Debtor's chapter 11 case is converted to a case under chapter 7 of the Bankruptcy Code; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: July 27, 2009
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge