# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **MEADOWCRAFT, INC.,** | ) | Case No. 09-10988 (BLS) |
| | ) | |
| Debtor. | ) | Re: Docket No.'s 18, 37, 102, 181, 200, 227, 277, |
| | ) | 289 and 327 |

## FURTHER ORDER EXTENDING ORDER (A) AUTHORIZING DEBTORS TO OBTAIN INTERIM POST-PETITION FINANCING AND GRANT SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 105 AND 364(c); (B) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362; (C) AUTHORIZING DEBTOR TO ENTER INTO AGREEMENTS WITH WEBSTER BUSINESS CREDIT CORPORATION, AS CO-AGENT, WELLS FARGO BANK NATIONAL ASSOCIATION, AS CO-AGENT AND LENDERS; AND (D) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001

Upon the consent of each of Meadowcraft, Inc., as debtor and debtor-in-possession ("*Debtor*") in the above-captioned Chapter 11 case (the "*Case*"), Webster Business Credit Corporation ("*WBCC*") and Wells Fargo Bank National Association ("*Wells Fargo*", and together with WBCC, collectively, the "*Co-Agent*"), in their respective capacities as co-Agents acting for and on behalf of the Debtor's post-petition senior secured lenders, and the Official Committee of Unsecured Creditors appointed in this Case (the "*Committee*") to extend the interim financing period provided for in the Order (A) Authorizing Debtors to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105 and 364(c); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (C) Authorizing Debtor to Enter into Agreements with Webster Business Credit Corporation, as Co-Agent, Wells Fargo Bank National Association, as Co-Agent and Lenders; and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001, entered on April 1, 2009 (as the same has heretofore been extended and/or amended by order of this Court and consent of

the Lenders, collectively the "*Interim Financing Order*"), sufficient cause appearing therefor:

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that**:

1. Except to the extent specifically modified pursuant to this Order (this "*Extension Order*"), all of the terms, conditions and provisions of the Interim Financing Order, the Credit Agreement and the Other Documents (as each term is defined in the Interim Financing Order)[1] are hereby ratified and reaffirmed and shall remain in full force and effect.

2. Section 6 of the Interim Financing Order is hereby amended as follows:

    (a) The first sentence of Section 6 of the Interim Financing Order is hereby further amended by deleting the sentence in its entirety and substituting the following therefor:

    > "The Final Hearing on the Motion pursuant to Bankruptcy Rule 4001(c)(2) is scheduled for February ___, 2010, at 10:00 a.m. before this Court (the "*Final Hearing*")", or as soon thereafter as the parties may be heard with the consent of the Co-Agent and Lenders.

3. All references to the term "Budget" in the Interim Financing Order, the Credit Agreement and the Other Documents is and shall be deemed amended to mean the budget annexed hereto as Exhibit "A" and incorporated herein by reference.

4. The Debtor, Committee and their professionals reserve all rights under section 506(c) of the Bankruptcy Code, and Co-Agent and the Lenders reserve all of their respective rights to object to, oppose or raise any arguments in respect of any section 506(c) application or issue on any grounds.

---

[1] All capitalized terms used in this Extension Order that are not otherwise defined herein shall have the respective meanings ascribed to such terms in the Interim Financing Order.

5. The deadline for the Committee to assert any claims or causes of action against the Lenders in accordance with Section 4.1 of the Interim Financing Order is extended through and including, February __, 2010.

6. All fees, expenses and/or compensation paid to any of the Debtor's or Committee's professionals in this Case shall permanently reduce the Professional Fee Carve Out on a dollar-for-dollar basis.

7. The terms and provisions of this Extension Order shall be valid and binding and effective upon Debtor, all creditors of Debtor and all other parties-in-interest. The terms and provisions of this Extension Order shall be effective immediately upon entry hereof pursuant to Bankruptcy Rules 6004(g) and 7062.

Dated: January 21, 2010
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE