# **EXHIBIT A**

Meadowcraft DIP Extension Budget to 2/5/10

| | Week Ending 15-Jan-10 | 22-Jan-10 | 29-Jan-10 | 5-Feb-10 | Total | Annual Cost |
|---|---|---|---|---|---|---|
| Graham & Co | | | | | | |
| 1) Past Due and Utility Deposits | | | | | | |
| Past Due Amounts | 4,828 | | | | 4,828 | |
| Alabama Power | 8,742 | | | | 8,742 | |
| Utility Deposits Contingency | 8,000 | | | | 8,000 | |
| Total Past Due and Deposits | 21,570 | 0 | 0 | 0 | 21,570 | |
| | | | | | | |
| 2) Facility Repairs and Upgrades | | | | | | |
| Replace roll up door | 5,000 | | | | 5,000 | |
| Electrical Repairs | | 2,000 | | 2,000 | 4,000 | |
| Temp Security Service | 2,273 | 2,273 | 2,273 | 2,273 | 9,092 | |
| Outside clean up | | 4,000 | | | 4,000 | |
| Waste disposal | | | 5,000 | | 5,000 | |
| Repair sprinklers and replace air compressors | 5,045 | | | 2,500 | 7,545 | |
| Clean up office area - wax floors | | 5,000 | | | 5,000 | |
| Warehouse floor scrubbing | | | | 7,500 | 7,500 | |
| Inspect fire sprinklers | | | 2,000 | | 2,000 | |
| Allied Waste | 360 | | 360 | 360 | 1,080 | |
| Contingency | | | 2,500 | 2,500 | 5,000 | |
| Total Facility Repairs & Upgrades | 12,678 | 13,273 | 12,133 | 17,133 | 55,217 | |

Meadowcraft DIP Extension Budget to 2/5/10

| | Week Ending 15-Jan-10 | 22-Jan-10 | 29-Jan-10 | 5-Feb-10 | Total | Annual Cost |
|---|---|---|---|---|---|---|
| 3) On-going Cash Operating Expenses | | | | | | |
| Graham & Co Management Fee | 3,000 | | | | 3,000 | 18,000 |
| Security System Lease | | | | 800 | 800 | 9,600 |
| Security System Monitoring | | | | | 0 | 1,200 |
| Alabama Power | | | 3,500 | | 3,500 | 42,000 |
| Alabama Gas | | | | 300 | 300 | 7,000 |
| Birmingham Water & Sewer | | | 300 | | 300 | 3,600 |
| Lawn Care | | | | | 0 | 11,200 |
| Fire District Dues | 3,000 | | | | 3,000 | 12,000 |
| Banking Fees | 30 | | | | 30 | 180 |
| Building Engineer | | 300 | | | 300 | 3,600 |
| Building Repair Budget | | | | | 0 | 10,000 |
| Total On-going Operating Expenses | 6,030 | 300 | 3,800 | 1,100 | 11,230 | 118,380 |
| | | | | | | |
| Estate Expenses Not Paid to Graham & Co. | | | | | | |
| Consulting | 500 | 900 | 3,000 | 500 | 4,900 | |
| Contingency | 500 | 500 | 500 | 500 | 2,000 | |
| Total Estate Expenses | 1,000 | 1,400 | 3,500 | 1,000 | 6,900 | |
| | | | | | | |
| TOTAL BUDGET | 41,278 | 14,973 | 19,433 | 19,233 | 94,917 | |