**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEADOWCRAFT, INC., | ) | Case No. 09-10988 (BLS) |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| | ) | |
| CINDY GANN on her own behalf and on behalf of all other persons similarly situated, | ) ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     - against - | ) | Adv. Pro. No. 09-52196 (BLS) |
| | ) | |
| MEADOWCRAFT, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 6, 2010 AT 1:30 P.M.**

> **AT THE DIRECTION OF THE COURT,**
> **THE HEARING HAS BEEN CANCELLED.**

**ADVERSARY PROCEEDING**

1. Complaint (Filed 09/11/09; Adv. Docket No. 1);

   Related Documents:

   a. Summons and Notice of Pretrial Conference (Filed 10/23/09; Adv. Docket No. 3);

   b. Answer to Complaint and Affirmative Defenses (Filed 11/23/09; Adv. Docket No. 5);

   c. Status Report on Adversary Proceeding Filed by Cindy Gann on her own behalf and on behalf of all other persons similarly situated (Filed 02/16/2010; Adv. Docket No. 15); and

   d. Certification of Counsel (Filed 05/03/2010; Adv. Docket No. 17).

<u>Status:</u> The parties agreed to a consensual form of order staying this adversary proceeding and have submitted under Certification of Counsel.

Dated: May 4, 2010  **DRINKER BIDDLE & REATH LLP**

<u>/s/ Howard A. Cohen</u>
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

- and -

Robert K. Malone (RM 1098)
500 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

*Counsel for Debtor and
Debtor in Possession*