IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Meadowcraft, Inc., | Case No. 09-10988 (BLS) |
| Debtor. | |
| Meadowcraft, Inc., | |
| Plaintiff, | |
| vs. | |
| Air-Gas South, Inc., | Adv. No. 10-51310 |
| Jemison-Demsey, LLC dba Jemison Demsey Metals, | Adv. No. 10-51376 |
| New Metals, Inc., | Adv. No. 10-51326 |
| Northern Steel Industries, Inc., | Adv. No. 10-51327 |
| Richloom Fabrics Corp. and BB&T Factors Corporation, | Adv. No. 10-51809 |
| Ring's Forklift and Battery Service, Inc., | Adv. No. 10-51338 |
| Verizon Communications Inc.; Cellco Partnership dba Verizon Wireless; and Verizon Business Network Services Inc. | Adv. No. 10-51814 |
| | Re: Docket No. 667 |
| Defendants. | |

## ORDER APPROVING PLAINTIFF'S EIGHTH MOTION FOR AN ORDER APPROVING SETTLEMENTS OF AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Plaintiff's Eighth Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 (the "Motion")[1]; and adequate notice of such Motion having been given; and any objections having been filed to the relief requested being overruled; and upon the statements of counsel at a hearing on the Motion; and sufficient legal and factual bases existing for the relief requested, it is hereby

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to the in the Motion.

**ORDERED, ADJUDGED** and **DECREED** the Plaintiff's Motion is **GRANTED** and the settlement of the Avoidance Actions against Defendants listed on Exhibit "A" thereto is approved.

Dated: April 21, 2011
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE