IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Meadowcraft, Inc., | Case No. 09-10988 (BLS) |
| Debtor. | |
| Meadowcraft, Inc., | |
| Plaintiff, | |
| vs. | |
| Con-Way Freight, Inc., | Adv. No. 10-51341 |
| DNLK Enterprises LLC dba Maco, | Adv. No. 10-51319 |
| First Choice Global Marketing, Inc., | Adv. No. 10-51364 |
| Indital U.S. Management, LLC, | Adv. No. 10-51374 |
| Packaging Corporation of America dba PCA, | Adv. No. 10-51811 |
| Retail, Wholesale and Department Store Union, UFCW dba R.W.D.S.U Pension Benefit, | Adv. No. 10-51816 |
| Stein Fibers, LTD, | Adv. No. 10-51348 |
| Defendants. | **Obj. Due: July 12, 2011 at 4:00 p.m.** <br> **Hrg. Date: July 19, 2011 at 10:00 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** Meadowcraft, Inc., the above captioned debtor and debtor in possession (the "Debtor" or the "Plaintiff") has filed **Plaintiff's Ninth Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

You are required to file with the Court any response to the Motion on or before **July 12, 2011, at 4:00 PM** (the "Objection Deadline"). At the same time, you must also serve a copy of any response upon the counsel for Plaintiff.

A hearing on the Motion shall be held before the Honorable Brendan L. Shannon on **July 19, 2011 at 10:00 AM** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware.

**IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 27, 2011          **DRINKER BIDDLE & REATH LLP**

By:    */s/ Howard A. Cohen*
       Howard A. Cohen (DE 4082)
       1100 N. Market Street, Suite 1000
       Wilmington, DE 19801
       Telephone: (302) 467-4200
       Facsimile: (302) 467-4201

- and -

Primary Counsel
(Please Contact Primary Counsel)

Joseph L. Steinfeld, Jr., DC SBN 29701,
MN SBN 0266292, VA SBN 18666
Alex Govze MN SBN 0388626
A·S·K FINANCIAL, LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676

Co-Counsel for Plaintiff Meadowcraft, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Meadowcraft, Inc., | Case No. 09-10988 (BLS) |
| Debtor. | |
| Meadowcraft, Inc., | |
| Plaintiff, | |
| vs. | |
| Con-Way Freight, Inc., | Adv. No. 10-51341 |
| DNLK Enterprises LLC dba Maco, | Adv. No. 10-51319 |
| First Choice Global Marketing, Inc., | Adv. No. 10-51364 |
| Indital U.S. Management, LLC, | Adv. No. 10-51374 |
| Packaging Corporation of America dba PCA, | Adv. No. 10-51811 |
| Retail, Wholesale and Department Store Union, UFCW dba R.W.D.S.U Pension Benefit, | Adv. No. 10-51816 |
| Stein Fibers, LTD, | Adv. No. 10-51348 |
| Defendants. | **Obj. Due: July 12, 2011 at 4:00 p.m.** <br> **Hrg. Date: July 19, 2011 at 10:00 a.m.** |

**PLAINTIFF'S NINTH MOTION FOR AN ORDER APPROVING SETTLEMENTS OF AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019**

Meadowcraft, Inc., the above captioned debtor and debtor in possession (the "Debtor" or the "Plaintiff"), by and through its undersigned counsel, hereby moves this Court for entry of an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 (the "Motion"), and in support thereof, states as follows:

## JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (F) and (O).

2. Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief sought herein are Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3. The statutory predicate for the relief sought herein is Rule 9019 of the Bankruptcy Rules.

## BACKGROUND

4. This bankruptcy case was commenced by the filing on March 20, 2009 (the "Petition Date") of an involuntary petition pursuant to 11 U.S.C. § 303 by petitioning creditors Wells Fargo, NA, RZB Finance, LLC and Burdale Financial Limited. Subsequently, the Debtor consented to entry of an Order for Relief for reorganization under Chapter 11 of the Bankruptcy Code. Plaintiff is authorized to commence suit on behalf of the Debtor's chapter 11 estate.

5. In accordance with its duties under the Bankruptcy Code, Plaintiff reviewed the Debtor's financial books and records and investigated the estate's potential causes of action to avoid transfers pursuant to section 547 of the Bankruptcy Code.

6. Plaintiff has settled subject to Bankruptcy Court approval adversary actions that were initiated in this Court pursuant to 11 U.S.C. §§ 547, 548, 549 and 550 (the "Avoidance Actions") against **seven (7)** defendants (the "Defendants") and a list containing the names of the Defendants, the total transfers claimed against Defendants and the amount paid by Defendants to Plaintiff in settlement of the Avoidance Actions are attached hereto as Exhibit "A".

7. To date, Plaintiff has not obtained Bankruptcy Court approval for the settlement of the Avoidance Actions.

**RELIEF REQUESTED**

8. By this Motion, Plaintiff seeks approval of the settlement of the Avoidance Actions listed on Exhibit "A" attached hereto pursuant to Fed. R. Bankr. P. 9019. Rule 9019 provides that "[o]n motion by the [T]rustee and after notice and a hearing, the court may approve a compromise or settlement. Notice shall be given to creditors, the United States Trustee, the debtor . . . and to any other entity as the court may direct. Fed. R. Bankr. P. 9019(a); see also Myers v. Martin (In re Martin), 91 F.3d 389, 393 (3d Cir. 1996).

9. Plaintiff is obligated to maximize the value of the estate and make its decisions in the best interests of all of the creditors of the estate. Id. at 394. Plaintiff believes, in its business judgment, the settlement of the Avoidance Actions against Defendants listed on Exhibit "A" hereto is in the best interests of the estate and all creditors, especially in light of the cost, uncertainty and delay of litigation. Courts generally defer to a trustee's business judgment when there is a legitimate business justification for the trustee's decision. Id. at 395.

10. In determining whether a settlement should be approved under Bankruptcy Rule 9019, the Court must "assess and balance the value of the claim that is being compromised against the value to the estate of the acceptance of the compromise proposal." Id. at 393. In striking this balance, the Court should consider "(i) the probability of success in the litigation; (ii) the likely difficulties in collection; (iii) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (iv) the paramount interest of the creditors." Id.

11. A review of these four factors demonstrates that the settlement of the Avoidance Actions against Defendants is in the best interests of the estate and all of the creditors, reasonable and within Plaintiff's sound business judgment. The settlement of the Avoidance Actions will

eliminate the potentially high costs of litigation and the uncertainty of success in light of the possible defenses.

12. Plaintiff respectfully represents the compromise reached with Defendants is fair, reasonable, and in the best interest of the creditors and the Debtor. Plaintiff likewise believes the settlement and compromise is fair and equitable, and founded on the exercise of sound business judgment by Plaintiff. The settlement results in certain payments being made to the Debtor and the release by Defendants of various claims such entities may have against the Debtor and the estate, in consideration for a release by Plaintiff of the various claims able to be asserted against Defendant and asserted in the Avoidance Actions against Defendants without Plaintiff expending significant estate resources litigating such claims.

## **NOTICE**

13. Plaintiff has served notice of this Motion on the United States Trustee, Defendants, and parties entitled to notice under Bankruptcy Rule 2002.

## CONCLUSION

**WHEREFORE**, Plaintiff respectfully requests that this Court enter the attached Order granting Plaintiff's Motion approving the settlement of the Avoidance Actions against Defendants set forth on Exhibit "A" attached hereto; and granting such other and further relief as the Court deems just and equitable.

Dated: June 27, 2011　　　　　　　　**DRINKER BIDDLE & REATH LLP**

　　　　　　　　　　　　　　By:　　/s/ Howard A. Cohen
　　　　　　　　　　　　　　　　　　Howard A. Cohen (DE 4082)
　　　　　　　　　　　　　　　　　　1100 N. Market Street, Suite 1000
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 467-4200
　　　　　　　　　　　　　　　　　　Facsimile: (302) 467-4201

　　　　　　　　　　　　　　　　　　　　- and -

Primary Counsel　　　　　　　　　Joseph L. Steinfeld, Jr., DC SBN 29701,
(Please Contact Primary Counsel)　MN SBN 0266292, VA SBN 18666
　　　　　　　　　　　　　　　　　　Alex Govze MN SBN 0388626
　　　　　　　　　　　　　　　　　　A·S·K FINANCIAL, LLP
　　　　　　　　　　　　　　　　　　2600 Eagan Woods Drive, Suite 400
　　　　　　　　　　　　　　　　　　St. Paul, MN 55121
　　　　　　　　　　　　　　　　　　Telephone: (651) 406-9665
　　　　　　　　　　　　　　　　　　Facsimile: (651) 406-9676

　　　　　　　　　　　　　　　　　　Co-Counsel for Plaintiff Meadowcraft, Inc.

# EXHIBIT A

## Schedule of Settlement Subject for Approval

| Company Name | Adversary No. | Total Transfer | Settlement | Comment |
|---|---|---|---|---|
| Con-Way Freight, Inc. | 10-51341 | $70,905.23 | $6,500.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| DNLK Enterprises LLC dba Maco | 10-51319 | $608,945.25 | $3,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| First Choice Global Marketing, Inc. | 10-51364 | $66,014.09 | $10,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Indital U.S. Management LLC | 10-51374 | $95,113.03 | $50,877.75 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Packing Corporation of America dba PCA | 10-51811 | $585,189.73 | $55,000.00 | Settlement is greater or equal to 65% of the net preference liability after |

| | | | | |
|---|---|---|---|---|
| | | | | application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Retail, Wholesale and Department Store Union, UFCW dba R.W.D.S.U Pension Benefit | 10-51816 | $22,535.00 | $5,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Stein Fibers, LTD | 10-51348 | $211,290.42 | $13,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Meadowcraft, Inc., | Case No. 09-10988 (BLS) |
| Debtor. | |
| Meadowcraft, Inc., | |
| Plaintiff, | |
| vs. | |
| Con-Way Freight, Inc., | Adv. No. 10-51341 |
| DNLK Enterprises LLC dba Maco, | Adv. No. 10-51319 |
| First Choice Global Marketing, Inc., | Adv. No. 10-51364 |
| Indital U.S. Management, LLC, | Adv. No. 10-51374 |
| Packaging Corporation of America dba PCA, | Adv. No. 10-51811 |
| Retail, Wholesale and Department Store Union, UFCW dba R.W.D.S.U Pension Benefit, | Adv. No. 10-51816 |
| Stein Fibers, LTD, | Adv. No. 10-51348 |
| Defendants. | Re: Docket No. _____ |

**ORDER APPROVING PLAINTIFF'S NINTH MOTION
FOR AN ORDER APPROVING SETTLEMENTS OF
AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019**

Upon consideration of the Plaintiff's Ninth Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 (the "Motion")[1;] and adequate notice of such Motion having been given; and any objections having been filed to the relief requested being overruled; and upon the statements of counsel at a hearing on the Motion; and sufficient legal and factual bases existing for the relief requested, it is hereby

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to the in the Motion.

**ORDERED, ADJUDGED** and **DECREED** the Plaintiff's Motion is **GRANTED** and the settlement of the Avoidance Actions against Defendants listed on Exhibit "A" thereto is approved.

Dated: _____, 2011
      Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Meadowcraft, Inc., | Case No. 09-10988 (BLS) |
| Debtor. | |
| Meadowcraft, Inc., | |
| Plaintiff, | |
| vs. | |
| Con-Way Freight, Inc., | Adv. No. 10-51341 |
| DNLK Enterprises LLC dba Maco, | Adv. No. 10-51319 |
| First Choice Global Marketing, Inc., | Adv. No. 10-51364 |
| Indital U.S. Management, LLC, | Adv. No. 10-51374 |
| Packaging Corporation of America dba PCA, | Adv. No. 10-51811 |
| Retail, Wholesale and Department Store Union, UFCW dba R.W.D.S.U Pension Benefit, | Adv. No. 10-51816 |
| Stein Fibers, LTD, | Adv. No. 10-51348 |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Laurie N. Porten, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **Motion, Notice of Motion and Order,** was made on June 27, 2011 by:

_X_ Mail Service: Regular, first class United States Mail, postage fully pre-paid, addressed to:

    See Attached Service List

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at

_____ Residence Service: By leaving the process with the following adult at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of ____

Under penalty of perjury, I declare that the foregoing is true and correct.

June 27, 2011 /s/ Laurie N. Porten  
                                         Laurie N. Porten  
                                         A S K Financial LLP  
                                         2600 Eagan Woods Drive, Suite 400  
                                         St. Paul, Minnesota  55121

# SERVICE LIST

HAHN & HESSEN LLP
ROSANNE THOMAS MATZAT; DANIEL J. KRAUSS
488 MADISON AVENUE
NEW YORK, NY 10022

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
JONATHAN N. HELFAT; DANIEL F. FIORILLO
230 PARK AVENUE
NEW YORK, NY 10169-0075

SECURITIES & EXCHANGE COMMISSION
NATHAN FUCHS
233 BROADWAY
NEW YORK, NY 10027

WELLS FARGO BANK, NA
MIGNON WINSTON
119 WEST 40TH STREET
NEW YORK, NY 10018

RZB FINANCE LLC
24 GRASSY PLAIN STREET
BETHEL, CT 06801

BURDALE FINANCIAL LIMITED
C/O BURDALE CAPITAL FINANCE INC.
300 FIRST STAMFORD PLACE
STAMFORD, CT 06902

WEBSTER BUSINESS CREDIT CORPORATION
ATTN: PORTFOLIO MANAGER
ONE STATE STREET
NEW YORK, NY 10004

WEBSTER BUSINESS CREDIT CORPORATION
360 LEXINGTON AVENUE
NEW YORK, NY 10017

LOWENSTEIN SANDLER PC
JEFFREY D. PROL, ESQ.; IRA M. LEVEE, ESQ.;
SEAN E. QUIGLEY, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

FRIEDMAN & WOLF
ATTN: EUGENE S. FRIEDMAN
COUNSEL TO RWDSU FUNDS
1500 BROADWAY
NEW YORK, NY 10036

CARLINSKY, DUNN & PASQUARIELLO, PLLC
ATTN: MICHAEL C. DUNN, ESQ.
COUNSEL TO WHS SALES CORP.
8 DUFFY AVENUE
HICKSVILLE, NY 11801

THOMPSON & KNIGHT LLP
ATTN: DEMETRA L. LIGGINS
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022

TORYS LLP
ATTN: WILLIAM F. GRAY, ESQ.;
TIMOTHY B. MARTIN
237 PARK AVE
NEW YORK, NY 10017

COOLEY GODWARD KRONISH LLP
ATTN: MICHAEL KLEIN, ESQ.;
RICHELLE KALNIT, ESQ.
COUNSEL TO TOMMY BAHAMA GROUP, INC.
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-7798

CWS POWDER COATINGS CO., LP
VICTORIA PHILLIPS, CONTROLLER
2234 BRADLEY HILL ROAD
EXT. BLDG. 12
BLAUVELT, NY 10913

GREENBERG TRAURIG, LLP
DONALD J. DETWEILER
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES
TRUSTEE
DAVID L. BUCHBINDER, ESQ.
844 KING STREET, SUITE 2313
LOCKBOX 35
WILMINGTON, DE 19801

US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS
1007 NORTH ORANGE ST., SUITE 700
PO BOX 2046
WILMINGTON, DE 19899-2046

DEPARTMENT OF LABOR
DIVISION OF UNEMPLOYED
INSURANCE
4425 N. MARKET ST.
WILMINGTON, DE 19802

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
P.O. BOX 7040
DOVER, DE 19903-7040

SECRETARY OF TREASURY
P.O. BOX 7040
DOVER, DE 19903

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
31 HOPKINS PLAZA, ROOM 1150
BALTIMORE, MD 21202

WEBSTER BUSINESS CREDIT
CORPORATION
CHRIS MAGNANTE
CITY PLACE II - 3RD FLOOR
185 ASYLUM STREET
HARTFORD, CT 06103

MONZACK, MERSKY, MCLAUGHLIN
AND BROWDER, P.A.
RACHEL B. MERSKY, ESQ.
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO, ESQ.;
GREGORY A. TAYLOR
COUNSEL TO PHOENIX
INTERNATIONAL FREIGHT SRVCS
LTD
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899

CROSS & SIMON, LLC
ATTN: MICHAEL J. JOYCE, ESQ.; TARA
M. DIROCCO, ESQ
COUNSEL TO THE TOWN OF WADLEY
913 NORTH MARKET STREET, 11TH
FLOOR
WILMINGTON, DE 19801

CROSS & SIMON, LLC
ATTN: CHRISTOPHER P. SIMON, ESQ.;
MICHAEL J. JOYCE
COUNSEL TO CCC STEEL GMBH & CO.
KG
913 NORTH MARKET STREET, 11TH
FLOOR
P.O. BOX 1380
WILMINGTON, DE 19899-1380

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
COUNSEL TO SAP AMERICA, INC.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

WHITEFORD TAYLOR PRESTON LLC
ATTN: THOMAS J. FRANCELLA, JR., ESQ.
COUNSEL TO MARQUETTE EQUIPMENT FINANCE LLC
1220 NORTH MARKET STREET, SUITE 608
WILMINGTON, DE 19801

STEVENS & LEE, P.C.
ATTN: JOSEPH H. HUSTON JR.; MARIA APRILE SAWCZUK
COUNSEL TO BLUE CROSS AND BLUE SHIELD OF ALABAMA
1105 NORTH MARKET STREET, 7TH FLOOR
WILMINGTON, DE 19801

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
ATTN: BRADFORD J. SANDLER, ESQ.; JENNIFER HOOVER, ESQ.
COUNSEL TO TOMMY BAHAMA GROUP
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI, JR.
65 TRUMBULL STREET, SECOND FLOOR
NEW HAVEN, CT 06510

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20020

PENSION BENEFIT GUARANTY CORPORATION
ATTN: JENNIFER M. TONTZ, ESQ.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW.
WASHINGTON, DC 20005-4026

BALCH & BINGHAM LLP
W. CLARK WATSON
COUNSEL TO BLUE CROSS & BLUE SHIELD OF ALABAMA
1901 SIXTH NORTH, SUITE 1500
P.O. BOX 306
BIRMINGHAM, AL 35201

RWDSU FUNDS
ATTN: MARK DAVIS, FUND ADMINISTRATOR
P.O. BOX 55728
BIRMINGHAM, AL 35255

WILES & WILES, LLP
ATTN: VICTOR W. NEWMARK, ESQ.
COUNSEL FOR HP COMMERCE, LLC
800 KENNESAW AVENUE, SUITE 400
MARIETTA, GA 30060-7946

BALCH & BINGHAM LLP
ATTN: W. CLARK WATSON; PAUL H. GREENWOOD
COUNSEL TO BLUE CROSS AND BLUE SHIELD OF ALABAMA
1901 SIXTH AVENUE NORTH, SUITE 1500
BIRMINGHAM, AL 35203

NAKAMURA, QUINN, WALLS, WEAVER & DAVIES LLP
ATTN: GEORGE N. DAVIES
MOUNTAIN BROOK CENTER, SUITE 380
2700 HIGHWAY 280 EAST
BIRMINGHAM, AL 35223

MEADOWCRAFT, INC.
ATTN: SAMUEL R. BLOUNT
SPOTTED HORSE RANCH
151 NARROWS PARKWAY
BIRMINGHAM, AL 35242

CORNFIELD AND FELDMAN
ATTN: ROBERT A. SELTZER
COUNSEL TO RETAIL, WHOLESALE
AND DEPARTMENT STORE
UNION, UFCW, CLC
25 EAST WASHINGTON STREET,
SUITE 1400
CHICAGO, IL 60602-1708

CAVAZOS, HENDRICKS, POIROT &
SMITHAM, P.C.
CHARLES B. HENDRICKS
900 JACKSON STREET
SUITE 570, FOUNDERS SQUARE
DALLAS, TX 75202-4425

THOMPSON & KNIGHT LLP
DAVID M. BENNETT
1722 ROUTH STREET, SUITE 1500
DALLAS, TX 75201

THE COMPTROLLER OF PUBLIC
ACCOUNTS OF THE STATE
OF TEXAS
WILLIAM A. FRAZELL, ASSISTANT
ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS
DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548

Shelley Kinsella
Elliott Greenleaf
1105 Market Street, Suite 1700
Wilmington, DE 19801
(Local Counsel for **DNLK Enterprises LLC dba Maco and Maco Taiwan, Inc.**)

Andrew Cole, Esq.
Franklin & Prokopik
Two N. Charles Street, Suite 600
Baltimore, MD 21201
(Counsel for **DNLK Enterprises LLC dba Maco and Maco Taiwan, Inc.**)

Roland Jones, Esq.
Jones & Associates
1230 6th Avenue 7th Floor
New York, NY 10020
(Counsel for **Con-way Freight Inc.**)

Carl Kunz, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(Local Counsel for **First Choice Global Marketing, Inc.**)

Mark Duea, Esq.
Geck & Duea L.L.C.
4770 White Bear Pkwy., Suite 100
White Bear Lake, MN 55110
(Counsel for **First Choice Global Marketing, Inc.**)

Thomas Horan, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Local Counsel for **Indital U.S. Management, L.L.C.**)

Donald Wright, Esq.
Attorney at Law
2311 Highland Avenue South
Birmingham, AL 35255
(Counsel for **Indital U.S. Management, L.L.C.**)

David Grogan
Shumaker, Loop & Kendrick, LLP
128 South Tryon Street
Charlotte, NC 28202
(Counsel for **Packaging Corporation of America dba PCA**)

Bill Wolf, Esq.
Friedman & Wolf
1500 Broadway
New York, NY  10036
(Counsel for **Retail, Wholesale and Department Store Union, UFCW dba R.W.D.S.U. Pension Benefit**)

Simon Fraser
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
(Counsel for **Stein Fibers, Ltd.**)