# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Meadowcraft, Inc., | Case No. 09-10988 (BLS) |
| Debtor. | |
| Meadowcraft, Inc., | |
| Plaintiff, | |
| vs. | |
| Con-Way Freight, Inc., | Adv. No. 10-51341 |
| DNLK Enterprises LLC dba Maco, | Adv. No. 10-51319 |
| First Choice Global Marketing, Inc., | Adv. No. 10-51364 |
| Indital U.S. Management, LLC, | Adv. No. 10-51374 |
| Packaging Corporation of America dba PCA, | Adv. No. 10-51811 |
| Retail, Wholesale and Department Store Union, UFCW dba R.W.D.S.U Pension Benefit, | Adv. No. 10-51816 |
| Stein Fibers, LTD, | Adv. No. 10-51348 |
| Defendants. | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Plaintiff's Ninth Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019*** (the "Motion") filed on June 27, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Responses to the Motion were to be filed and served no later than July 12, 2011 by 4:00 p.m.

WM01/ 7873047.1

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: July 13, 2011 | **DRINKER BIDDLE & REATH LLP**<br><br>/s/ Howard A. Cohen<br>Howard A. Cohen (DE 4082)<br>1100 North Market Street, Suite 1000<br>Wilmington, Delaware 19801-1254<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br><br>Co-Counsel for Plaintiff Meadowcraft, Inc. |